IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:07-177 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Fredy Bautista Teran, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's letter requesting that the court direct the United States Bureau of Prisons (BOP) to "correct" Defendant's "Computation Data Sheet." ECF No. 587. Defendant seeks assistance from this court in "correcting" his release date calculated by BOP. *Id*.

Matters relating to BOP policy, such as calculating release dates, are not issues within the jurisdiction of this court. Accordingly, Defendant's request, construed as a motion for relief, is **denied**.

**IT IS SO ORDERED**.

                                                                     s/ Cameron McGowan Currie
                                                                     CAMERON MCGOWAN CURRIE
                                                                       SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 31, 2015